IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:25cr20035-TLP |
| vs. | ) | CR. NO._____ |
| | ) | 18 U.S.C. § 666(a)(1)(B) |
| EDMUND HULL FORD, JR, | ) | 26 U.S.C. § 7201 |
| | ) | |
| Defendant. | ) | |

**NOTICE OF PENALTIES**

**COUNT ONE**

Upon conviction, the maximum penalty is 10 years imprisonment, a fine of $100,000, 3 years supervised release and a mandatory assessment of $100.

**COUNTS TWO, THREE, FOUR, FIVE, SIX and SEVEN**

Upon conviction, the maximum penalty is 5 years imprisonment, a fine of $250,000, 3 years supervised release and a mandatory assessment of $100.

1