# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**UNITED STATES OF AMERICA,**

   Plaintiff,

**VS.**

                                                                      NO.   25-20035

**EDMUND HULL FORD, JR.,**

   Defendant.

_____

## NOTICE OF APPEARANCE

_____

     Please enter on the docket the appearance of attorney Michael E. Scholl as attorney of record in the above-captioned matter.

                                                                   Respectfully submitted,

                                                                   s\Michael E. Scholl
                                                                   MICHEAL E. SCHOLL (16284)
                                                                   253 ADAMS AVENUE
                                                                  Memphis, Tennessee 38103
                                                                  (901) 529-8500

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served on Assistant United States Attorneys, David Pritchard, at 167 N. Main Street, Suite 800, Memphis, Tennessee 38103 via electronic delivery, on this the 28th day of February, 2025.

                                                                   s\Michael E. Scholl
                                                                  MICHEAL E. SCHOLL (16284)