AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>EDMUND HULL FORD JR.<br>*Defendant* | )<br>)<br>) Case No. 2:25cr20035-TLP<br>)<br>) |

ORIGINAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EDMUND HULL FORD JR.                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 666(a)(1)(B)-Corruptly solicit/demand for benefit of person anything $5,000 or more
26 U.S.C. § 7201-Attempt to evade or defeat tax

Date:  02/27/2025

s/Charmiane G. Claxton
*Issuing officer's signature*

City and state:   MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 2-28-25, and the person was arrested on *(date)* 2/28/25
at *(city and state)* Memphis, TN.

Date: 2/28/2025

*Arresting officer's signature*

Dusm W. File
*Printed name and title*