

**U.S. Department of Justice**
*United States Attorney*
*Western District of Tennessee*

*167 North Main Street, Suite 800*   *Telephone (901)544-4231*
*Memphis, Tennessee 38103*   *Fax (901)544-4230*

May 16, 2025

Mr. Michael E. Scholl,
253 Adams Avenue
Memphis, TN 38103

Re:   *United States vs. Edmund Ford, Jr*
      Cr. No. 25-20035

Dear Mr. Scholl:

   1.   The government will be producing a second round of discovery by close of business today. Discovery, including minutes of commission meetings and grand jury transcripts will be uploaded to usafx. A discovery index will be provided with a more detailed accounting of the items provided in discovery.

   2.   The government hereby requests any and all reciprocal discovery and notice to which it is entitled pursuant to Rule 16(b), the local rules, and applicable case law.   Please consider this request for reciprocal discovery a continuing request under Rule 16.

   3.   The government may acquire additional materials over time, and we anticipate making additional productions as needed.   Please feel free to contact me you have any questions.

                                    Respectfully,

                              By:   s/David Pritchard
                                    DAVID PRITCHARD
                                    Assistant United States Attorney
                                    167 N. Main Street, Ste. 800
                                    Memphis, TN 38103
                                    (901) 544-4231

1

## CERTIFICATE OF SERVICE

I, David Pritchard, hereby certify that the on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to: Michael E. Scholl

s/ David Pritchard  
DAVID PRITCHARD  
May 16, 2025
