# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Criminal No. 25-CR-20035TLP |
| v. | ) |
| | ) |
| EDMUND HULL FORD, JR., | ) |
| | ) |
| Defendant. | ) |

## ORDER SUBSTITUTING COUNSEL

Upon motion of the United States and for good cause shown, it is hereby ORDERED that Lynn N. Crum be substituted as Lead Counsel for Plaintiff, and that David N. Pritchard be removed from the servicing in this matter.

**IT IS SO ORDERED.**

Entered this date: July 23, 2025

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE
