IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

VS.                                                CR. NO.   25-20035 (TLP)

**EDMUND HULL FORD, JR.,**

    Defendant.

### MOTION TO EXTEND MOTION DEADLINE

**COMES NOW** counsel for the Defendant, Michael E. Scholl, and moves this Honorable Court to extend the deadline for filing motions in this matter. As for grounds for said motion, counsel would respectfully show this Honorable Court the following:

1. That the Defendant has a deadline to file pretrial motions by September 25, 2025.

2. That counsel is finalizing a Motion concerning Count 1 of the Indictment pursuant to a Supreme Court Case ruling from 2024.

3. That Counsel for the Defendant has been in all day hearings for the last four business days and has not had sufficient time to complete the research and writing concerning the issue.

4. That counsel is respectfully requesting that the deadline be extended an additional week until October 2, 2025.

5. That counsel has reached out to Assistant United States Attorney, Lynn Crum, who has no objection to this motion.

**WHEREFORE**, Defendant prays that this Honorable Court continue the motion deadline in this matter for an additional week and for such further relief as the Court deems necessary.

Respectfully submitted:

s/ Michael E. Scholl
MICHAEL E. SCHOLL (16284)
Attorney for Defendant
253 Adams Avenue
Memphis, Tennessee 38103
(901) 529-8500
mike@scholl-law-firm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon Lynn Crum, Assistant United States Attorney, Michaell Kimbril- Parks via electronic delivery, on this the 24th day of September, 2025.

s/ Michael E. Scholl
MICHAEL E. SCHOLL