AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

EDMUND HULL FORD, JR.

## EXHIBIT AND WITNESS LIST

Case Number: 2:25cr20035-1-TLP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thomas L. Parker | | Michael Scholl |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/06/2026 | | Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 10/6/2026 | x | x | **Letters of Support** |
| | 2 | 10/6/2026 | x | x | List of Awards and Honors |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.