**UNITED STATES GOVERNMENT MEMORANDUM**

DATE: November 4, 2026

TO: United States District Court Clerk
Western District of Tennessee

ATTN: Case Manager for US District Judge

______Parker ________

FROM: Wanda B. Thedford
Investigative Analyst
United States Marshals Service

SUBJECT: Notification of Prisoner Designation

The defendant below has been designated. Please submit an Order to Surrender date to my attention.

| DEFENDANT | CASE NO. | DATE TO V/S: |
|---|---|---|
| Ford, Edmund | 25-20035 | 12/3/2026 |

Institution Name:

FCI Montgomery
Maxwell Air Force Base
Montgomery, AL 36112