**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>EDMUND FORD,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25CR20035-1-TLP |

**ORDER TO SURRENDER**

The defendant, **EDMUND FORD**, having been sentenced in the above case(s) to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI Montgomery, Maxwell Air Force Base, Montgomery, Alabama 36112 by 2:00 P.M. on THURSDAY, DECEMBER 3, 2026.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**IT IS SO ORDERED,** this the 5th day of November 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGEMENT**

**I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.**

**Signed:** ____________________________________________
Defendant

**Date:** ________________________